UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

SEP 2 6 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

LEONA M. COSBY,                          )
                                         )
              Plaintiff,                 )
                                         )
       v.                                )        Civil Action No. 11  1/25
                                         )
D.C. HOUSING AUTHORITY,                  )
                                         )
              Defendant.                 )

## MEMORANDUM OPINION

This matter comes before the court on review of plaintiffs' applications to proceed *in forma pauperis* and *pro se* civil complaint. The court will grant the applications, and dismiss the complaint.

The Court has reviewed plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the

1

doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

It appears that there is a dispute between plaintiff and her landlord regarding the payment of rent. The complaint articulates neither a cognizable claim, a demand for any particular relief, nor a basis for this Court's subject matter jurisdiction. Accordingly, the complaint will be dismissed without prejudice because it fails to comply with the minimal pleading requirements set forth in Rule 8(a).

An Order consistent with this Memorandum Opinion is issued separately.

United States District Judge

DATE:

2